DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MILTON ANTHONY BRADSHAW, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-0537
_____

August 23, 2024

Appeal from the Circuit Court for Hillsborough County; Barbara Twine Thomas, Judge.

Howard L. Dimmig, II, Public Defender, and Tosha Cohen, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Sonia C. Lawson, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, VILLANTI, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior publication.